UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**MICHELLE LUNDY,**

    Plaintiff,

  -vs-                                          **Case No. 15-C-1128**

**BARBARA DEVITT,**

    Defendant.

---

**DECISION AND ORDER**

---

In this action, Michelle Lundy alleges that she was refused housing because of her race. The defendant, Barbara Devitt, moves to dismiss, arguing that Lundy "fails to allege any facts in support of her cursory statements that she was the subject of housing discrimination." *See Bell Atl. Corp. v. Twombly*, 550 U.S. 514, 555 (2007). The Court already held that Lundy's complaint stated an actionable claim for relief. ECF No. 4. This is because post-*Twombly*, the Seventh Circuit has "reaffirmed the minimal pleading standard for simple claims of race or sex discrimination." *Tamajo v. Blagojevich*, 526 F.3d 1074, 1084 (7th Cir. 2008).

Devitt's motion to dismiss [ECF No. 8] is **DENIED**.

Dated at Milwaukee, Wisconsin, this 23rd day of February, 2016.

                                       **SO ORDERED:**

                                    _____
                                    **HON. RUDOLPH T. RANDA**
                                    **U.S. District Judge**